```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A03-0086--CR (JWS)
                 "USA V SHANE A. MASSEY"
                   DEF 1.1 MASSEY, SHANE A.
```

Including terminated defendants, excluding terminated counsel

```
     Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
    Magistrate Judge:  The Honorable A. Harry Branson, U.S. Magistrate Judge
              Filed:  04/15/03
             Closed:  09/16/03
  No. of Defendants:  1
      MJ Case Number:
                AKA:  SHANE ALVON MASSEY (C), SHANE-ALVON: MASSEY
    Location status:  U.S. Custody
         Trial date:  06/30/03
         Terminated:  YES
   Needs interpreter: NO
   Counsel of record: Mary C. Geddes
                     Federal Public Defender
                     550 W. 7th Avenue, Suite 1600
                     Anchorage, AK 99501
                     907-646-3400
                     FAX 907-646-3408
                     Serve: YES
                      Type: FPD
                      Role: Appeal


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record:  Thomas C. Bradley
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513-7567
                    907-271-5071
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial


Counts re: DEF 1.1 MASSEY, SHANE A.
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 -   1 IND | 1 | 26:7212(a) CORRUPT ENDEAVOR TO IMPEDE ADMINISTRATION OF INTERNAL REVENUE LAWS (F) | Sentenced (60-1) |
| 1 -   1 IND | 2 | 26:7203 WILLFUL FAILURE TO FILE INCOME TAX RETURN (M) | Sentenced (60-1) |
| 1 -   1 IND | 3 | 26:7203 WILLFUL FAILURE TO FILE INCOME TAX RETURN (M) | Sentenced (60-1) |
| 1 -   1 IND | 4 | 26:7203 WILLFUL FAILURE TO FILE INCOME TAX RETURN (M) | Sentenced (60-1) |

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CRIMINAL DOCKET ENTRIES FOR CASE A03-0086--CR (JWS)
                                   "USA V SHANE A. MASSEY"

                                       For all filing dates
```

```
  Presiding Judge:   The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:  The Honorable A. Harry Branson, U.S. Magistrate Judge
              Filed: 04/15/03
             Closed: 09/16/03
No. of Defendants: 1


Document #   Filed      Docket text

     1  - 1  04/15/03   [Re: DEF 1] PLF 1 Indictment.

NOTE    - 1  04/16/03   Issued: Summons.

NOTE    - 2  04/16/03   Issued: Proposed Trial Date Setting for arr to RRB CMC.

     2  - 1  04/16/03   [Re: DEF 1] JDR Grand Jury Minute; bail to be determined at arr; summons
                        to issue; set for arr and notify USM.

     3  - 1  04/16/03   [Re: DEF 1] AHB Minute Order; arr set 2:00 p.m., 5/21/03.  cc: USA, USM,
                        PO, DEF (by USM)

     4  - 1  05/02/03   USM Return of svc of summons re: DEF 1 on 4/18/03.

     5  - 1  05/14/03   DEF 1 motion (notice) re: challenge of jurisdcition, dismissal of
                        indictment and 6th amendment right of assistance of counsel w/att exhs.

     6  - 1  05/16/03   DEF 1 Supplement re: DEF 1 motion (notice) re: challenge of
                        jurisdcition, dismissal of indictment and 6th amendment right of
                        assistance of counsel w/att exhs. (5-1).

     7  - 1  05/20/03   [Re: DEF 1] PLF 1 opposition to DEF 1 motion (notice) re: challenge of
                        jurisdcition, dismissal of indictment and 6th amendment right of
                        assistance of counsel (5-1).

     8  - 1  05/21/03   DEF 1 Certification of service by mail re: DEF 1 motion (notice) re:
                        challenge of jurisdcition, dismissal of indictment and 6th amendment
                        right of assistance of counsel w/att exhs. (5-1)

     9  - 1  05/22/03   [Re: DEF 1] AHB Court Minutes [ECR: Robin Carter] of arr on Indt (held
                        5/21/03); not guilty plea entered by crt; def detained; bond set O/R;
                        def refused to sign bond paperwork; once def complies w/conditions he
                        may be released; crt directed FPD to be present at 5/27/03 11:00 a.m.
                        stat of cnsl.  cc: USA, FPD (as Friend of the Court), USM, PO

    10  - 1  05/23/03   [Re: DEF 1] PLF 1 Position filed on shortened time re: status of def's
                        cnsl.

    11  - 1  05/23/03   [Re: DEF 1] AHB Order of Personal Recognizance.  cc: USA, Def, FPD (as
                        friend of the court), USM, PO

    12  - 1  05/23/03   [Re: DEF 1] Order setting conditions of release; def released O/R.  cc:
                        USA, Def, USM, PO, FPD (as friend of the court)

    13  - 1  05/23/03   [Re: DEF 1] CY of AHB Order of Release (original to USM).  cc: USA, Def,
                        USM, PO, FPD (as friend of the court)

    14  - 1  05/27/03   DEF 1 reply to opposition to DEF 1 motion (notice) re: challenge of
                        jurisdcition, dismissal of indictment and 6th amendment right of
                        assistance of counsel (5-1).
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A03-0086--CR (JWS)
                               "USA V SHANE A. MASSEY"

                                  For all filing dates

Document #    Filed       Docket text


NOTE -  3    05/28/03    Issued: Notice of Speedy Trial Act ddlns to RRB.   cc: CMC

   15 - 1    05/28/03    [Re: DEF 1] AHB Order regarding preparation for trial; ptms due 6/10/03.
                         cc: USA, S. Massey

   16 - 1    05/30/03    [Re: DEF 1] AHB Court Minutes [ECR: Elisa Singleton] of stat of cnsl hrg
                         (held 5/27/03); crt found def by his words and actions has voluntariliy
                         and intentionally relinquished his right to be represented by cnsl; def
                         to proceed pro se; ptms due 6/10/03.  cc: USA, Def, USM, PO

   17 - 1    05/30/03    Initial R&R recommends DENYING re: DEF 1 motion (notice) re: challenge
                         of jurisdcition, dismissal of indictment and 6th amendment right of
                         assistance of counsel (5-1). Objections due 06/11/03. Reply due
                         06/16/03.  cc: USA, Def, Judge Beistline

   18 - 1    05/30/03    [Re: DEF 1] PLF 1 Discovery conference certificate.

   19 - 1    06/02/03    [Re: DEF 1] RRB Minute Order setting trial by jury for 6/30/03 at 8:30
                         a.m. and FPTC for 6/19/03 at 10:45 a.m. in a courtroom to be determined.
                         Trial briefs & pretrial docs due 6/17/03.   cc: T. Bradley, S. Massey,
                         USM, USPO jury clerk, MJ Branson

   20 - 1    06/10/03    [Re: DEF 1] Transcript re: status of cnsl hrg held 5/27/03.

   21 - 1    06/10/03    [Re: DEF 1] Transcript re: ARR on Indt held 5/21/03.

   22 - 1    06/10/03    DEF 1 objection to R&R re: DEF 1 motion (notice) re: challenge of
                         jurisdcition, dismissal of indictment and 6th amendment right of
                         assistance of counsel (5-1) w/att exhs.

   23 - 1    06/10/03    [Re: DEF 1] PLF 1 motion in limine pursuant to FED.R.Evid 404(b).

   24 - 1    06/10/03    [Re: DEF 1] PLF 1 motion in limine re: anticipated defense evidence and
                         argument.

   25 - 1    06/17/03    Final R&R declines to modify initial R&R re: DEF 1 motion (notice) re:
                         challenge of jurisdcition, dismissal of indictment and 6th amendment
                         right of assistance of counsel (5-1); matter now forwarded to trial
                         judge for determination.  cc: USA, S. Massey, Judge Beistline

   26 - 1    06/17/03    [Re: DEF 1] PLF 1 Requested Jury Instructions.

   27 - 1    06/17/03    [Re: DEF 1] PLF 1 Proposed Voir Dire Questions.

   28 - 1    06/17/03    [Re: DEF 1] PLF 1 motion to file trial brief exceeding page limitation
                         w/att trial brief.

   29 - 1    06/18/03    [Re: DEF 1] RRB Minute Order re: the FPTC set 6/19/03 is rescheduled and
                         iwll be held 6/20/03 at 2:00 p.m.  cc: T. Bradley, S. Massey, USM, USPO

   30 - 1    06/19/03    [Re: DEF 1] RRB Minute Order denying motion (notice) re: challenge of
                         jurisdiction, dismissal of indictment (5-1).  cc: T. Bradley, S. Massey,
                         MJ Branson

   31 - 1    06/19/03    [Re: DEF 1] RRB Order granting motion to file trial brief exceeding page
                         limitation (28-1).  CC: T. Bradley, S. Massey
```

Case 3:03-cr-00086-JWS   Document 99   Filed 04/15/2003   Page 4 of 8
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A03-0086--CR (JWS)
"USA V SHANE A. MASSEY"

For all filing dates

```
Document #   Filed      Docket text

   32 -  1   06/20/03   DEF 1 motion demand and notice for assistance of counsel w/att exhs.

   33 -  1   06/23/03   [Re: DEF 1] RRB Court Minutes [ECR: Robin Carter] FPTC held 6/23/03.
                        Trial by jury set for 6/30/03 at 8:30 a.m.  Court advised the def if he
                        was not present and ready for trial a Warrant for Arrest will be issued.
                        cc: T. Bradley, S. Massey, USM, USPO, JC

   34 -  1   06/24/03   [Re: DEF 1] (AMENDED) RRB Court Minutes [ECR: Robin Carter] FPTC held
                        6/20/03.  TBJ set for 6/30/03 at 8:30 a.m.  Court appointed the FPD as
                        standby counsel.  cc: cnsl, FPD, USM, USPO, JC, K. Jennings

   35 -  1   06/24/03   [Re: DEF 1] (SECOND AMENDED) RRB Court Minutes [ECR: Robin Carter] FPTC
                        held 6/20/03.  Court appointed standby counsel.  cc: USA, S. Massey,
                        USM, SUPO, JC, FPD (CJA Clerk), K. Jennings

   36 -  1   06/26/03   [Re: DEF 1] PLF 1 Notice of intent to use digital evidence presentation
                        system.

   37 -  1   06/27/03   [Re: DEF 1] PLF 1 motion to substitute jury instructions 9, 10, 11, on
                        shortened time

   38 -  1   06/27/03   [Re: DEF 1] PLF 1 Notice regarding expert testimony & intent to offer
                        summaries of voluminous records

   39 -  1   06/27/03   [Re: DEF 1] PLF 1 Notice of filing certificate of service

   40 -  1   06/30/03   [Re: DEF 1] RRB Order granting motion to substitute jury instructions 9,
                        10, 11, on shortened time (37-1).  cc: T. Bradley, K. Jennings, S.
                        Massey

   41 -  1   06/30/03   [Re: DEF 1] CJA appointment of Karen Jennings.

   42 -  1   06/30/03   DEF 1 (Exhibit) motion (Bar Association) to quash Subpoena.

   43 -  1   06/30/03   DEF 1 Appointment Affidavit.

   44 -  1   07/01/03   [Re: DEF 1] RRB Court Minutes [ECR: Caroline Edmiston] TBJ Day 1 held
                        6/30/03.  Court granted motion in limine pursuant to FED.R.Evid 404(b)
                        (23-1), motion in limine re: anticipated defense evidence and argument
                        (24-1), gov's request to use DEPS, gov's request to substitute jury
                        instructions, gov's notice re expert testimony intent ot offer summaries
                        (38-1).  Def's demand & notice of assistance of counsel, court shall
                        follow the law of the land.  K. Jennings to excused as standby counsel.
                        Jury selected.  Court to reconvene 7/1/03 at 8:45 a.m. w/att jury panel
                        record.  cc: T. Bradley, K. Jennings, S. Massey

   45 -  1   07/01/03   PLF 1 Exhibit List.

   46 -  1   07/01/03   PLF 1 Witness List.

   47 -  1   07/02/03   [Re: DEF 1] RRB Court Minutes [ECR: Elisa Singleton/Robin Carter] TBJ
                        Day 2, held 7/1/03. Closing arguments heard.  Jury began deliberations.
                        jury to reconvene deliberations at 8:45 a.m. 7/2/03.  cc: T. Bradley, S.
                        Massey

   48 -  1   07/03/03   [Re: DEF 1] RRB Court Minutes [ECR: Robin Carter] TBJ Day 3 held 7/2/03.
                        Verdict published.  Def found guilty as to counts 1-4 of the Indictment.
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET ENTRIES FOR CASE A03-0086--CR (JWS)
                              "USA V SHANE A. MASSEY"
```

|                                   |
| --------------------------------- |
| For all filing dates              |

| Document # | Filed | Docket text |
| --- | --- | --- |
| | | Jury Polled.  Def remanded to the custody of the USM.  IOS set for 9/15/03 at 1:30 p.m.  Court ordered full prsentence report w/att jury notes, exh & witness list.  cc: T. Bradley, S. Massey, USM, USPO |
| 49 - 1 | 07/03/03 | [Re: DEF 1] Verdict. |
| 50 - 1 | 07/03/03 | Jury Instructions. |
| 51 - 1 | 07/03/03 | [Re: DEF 1] Transcript re: FPTC held 6/20/03. |
| 52 - 1 | 07/03/03 | [Re: DEF 1] RRB Order re def's continuing objections as stated are w/o merit. cc: USA, S. Massey |
| 53 - 1 | 07/11/03 | {SEALED} |
| 54 - 1 | 07/15/03 | [Re: DEF 1] Partial Transcript re: TBJ-Day 1 held 6/30/03. |
| 55 - 1 | 07/15/03 | [Re: DEF 1] Parial Transcript re: TBJ-Day 2 held on 7/1/03. |
| 53 - 2 | 07/16/03 | {SEALED} |
| 56 - 1 | 07/22/03 | [Re: DEF 1] Partial Transcript re: TBC-Day 1 held on 6/30/03. |
| 57 - 1 | 07/25/03 | [Re: DEF 1] Partial Transcript of TBC - Day 3 held on 7/2/03. |
| 58 - 1 | 09/04/03 | [Re: DEF 1] PLF 1 Sentencing Memorandum. |
| 59 - 1 | 09/15/03 | [Re: DEF 1] RRB Court Minutes [ECR: Elisa Singleton] IOS held 9/15/03. Def Imprisonment for a period of 41 months.  This term consists of 36 months on court 1 and 12 months on counts 2-4 to be serve concurrently except for 5 months to be served consecutively.  Def to serve a term of SR of 1 year w/special conditions.  Fine $7,500.00 due immediately.  SA $175.00 due immediatly.  Def remanded to the custody of the USM. |
| 60 - 1 | 09/16/03 | [Re: DEF 1] RRB Judgment found guilty on count(s) 1,2,3,4 of the Indictment (1-1).  Imprisonment for a term of 41 months.  The term consists of 36 months on court 1 and 12 months on counts 2,3 & 4  all to be served concurrently, except that 5 months of the concurrent terms imposed on counts 2,3 & 4 shall be served consecutively. SR 1 year w/ special conditions.  SA $175.00, Fine $7,500.00.  cc: T. Bradley, S. Massey, USM, USPO, MJ Branson, Finance, Flu |
| 61 - 1 | 09/24/03 | [Re: DEF 1] Transcript re: IOS held 9/15/03. |
| 62 - 1 | 09/25/03 | DEF 1 appeal to 9CCA of (59-1) filed 09/15/03, (60-1) filed 09/16/03 w/att exh. cc:USA, S.Massey, Judge Beistline, 9CCA, USM, PO |
| NOTE - 4 | 09/26/03 | Transmittal: Forwarded notice of appeal (62-1) to 9CCA. |
| 63 - 1 | 09/26/03 | [Re: DEF 1] Cy 9CCA Time Schedule Order. (62-1) cc: USA, S. Massey, Judge Beistline, 9CCA (original), ECR |
| 64 - 1 | 10/17/03 | [Re: DEF 1] Copy of Order from 9CCA. (62-1) W/in 28 days of filing date of this order, appellant shall (1) retain counsel who shall file a notice of appearance; or (2) file a mot for appointment of counsel at gov't expense: or (3) inform the court in writing of appellant's clear and unequivocal request that the court exercise its discretion to permit appellant to proceed on appeal w/o assistance of cnsl.  New briefing |

Case 3:03-cr-00086-JWS   Document 99   Filed 04/15/2003   Page 6 of 8
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A03-0086--CR (JWS)
"USA V SHANE A. MASSEY"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| | | schedule shall be established upon compliance with this order.  Failure to comply with this order may result in the dismissal of this appeal for failure to prosecute.  cc:cnsl |
| 65 - 1 | 10/24/03 | DEF 1 motion to stay sentence until appeal dicision and to release Shane Massey on his own recognizance. |
| 66 - 1 | 10/30/03 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion to stay sentence until appeal dicision and to release Shane Massey on his own recognizance (65-1). |
| 67 - 1 | 11/03/03 | DEF 1 motion to stay sentence until appeal decision w/att exhs. |
| 68 - 1 | 11/10/03 | DEF 1 reply to opposition to DEF 1 motion to stay sentence until appeal dicision and to release Shane Massey on his own recognizance (65-1). |
| 69 - 1 | 11/12/03 | [Re: DEF 1] RRB Order denying motion to stay sentence until appeal decision and to release Shane Massey on (65-1), motion to stay sentence until appeal decision s (67-1).  cc: AUSA, S. Massey, USM, USPO |
| 70 - 1 | 12/02/03 | USM Return of svc on judgment executed on 11/21/03 to USP Atwater SCP at Atwater, CA. |
| 71 - 1 | 12/22/03 | [Re: DEF 1] Partial Transcript re: TBJ-Day 1 held 6/30/03. (located in expando file) |
| 72 - 1 | 12/22/03 | [Re: DEF 1] Partial Transcript re: TBJ-Day 2 held 7/01/03. (located in expando file) |
| 73 - 1 | 12/22/03 | [Re: DEF 1] Partial Transcript re: TBJ-Day 3 held 7/02/03. (located in expando file) |
| 74 - 1 | 02/03/04 | [Re: DEF 1] Copy of Order from 9CCA that the sua sponte appts cnsl for purposes of appeal and appellant is GRANTED lv to proceed on appeal in forma pauperis.  Appellee shall have the discretion to seek an order from this crt w/i 180 days seeking reimbursement of funds expended under CJA for costs of providing representation, if appellee believes that appellant has access to funds.  Clk to amend the dkt to reflect that appellant is proceeding in FP on appeal. Cnsl will be appointed by separate order.  Clk shall serve copy of this order on R. Curtner (FPD) who will locate appointed cnsl.  The district crt shall provide this crt w/name and address of appt cnsl by fax w/i 14 days of locating cnsl. New cnsl shall designate transcripts by 3/15/04.  The transcript is due 4/14/04.  Appellant's opening brief and excerpts of record are due 5/24/04, appellee's andwering brief is due 6/23/04 and the optional reply brief is due w/i 14days after service of the answering. (62-1) cc: USA, S. Massey, Judge Beistline, ECR, R. Curtner (FPD) |
| 75 - 1 | 03/19/04 | DEF 1 motion to disclose sealed record for appellate purposes w/att aff. |
| 76 - 1 | 03/19/04 | DEF 1 Transcript Designation/Order Form re: notice of appeal (62-1) w/order form. cc:ecr |
| 77 - 1 | 03/22/04 | [Re: DEF 1] PLF 1 non-opposition to DEF 1 motion to disclose sealed record for appellate purposes (75-1). |
| 78 - 1 | 03/24/04 | [Re: DEF 1] RRB Minute Order granting motion to disclose sealed record for appellate purposes (75-1).  cc: AUSA, FPD, S. Massey, Appeals |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CRIMINAL DOCKET ENTRIES FOR CASE A03-0086--CR (JWS)
                                  "USA V SHANE A. MASSEY"
```
```
                                     For all filing dates
```

```
Document #   Filed       Docket text

   79 -  1   03/24/04    [Re: DEF 1] cy 9CCA Certificate of Record. (62-1) cc: USA, FPD, Judge
                         Beistline, 9CCA (original), USM, PO

   80 -  1   06/29/04    [Re: DEF 1] Copy of Order from 9CCA (62-1)that appellant's mot for bail
                         pending appeal is denied.  The briefing schedule established previously
                         shall remain in effect.  cc: USA, FPD, Judge Beistline, USM, PO
                         (redistributed w/correct distribution on 6/30/04)

   81 -  1   07/07/04    DEF 1 Unopposed motion on shortened time to unseal record for appellate
                         purposes.

   82 -  1   07/07/04    [Re: DEF 1] RRB Order granting unopposed motion on shortened time to
                         unseal record for appellate purposes (81-1).  cc: AUSA, FPD

   83 -  1   10/04/04    [Re: DEF 1] Copy of Order from 9CCA (62-1). Appellant's mot for bail
                         pending appea is DENIED.  This case is ready for calendaring. cc: USA,
                         FPD.Judge Beistline

 NOTE -  5   01/07/05    Transmittal: Forwarded D.C. record to 9CCA consisting of 4 vols, 1
                         expando dkt's 71 - 73, 1 sealed vol. dkt's 53, 53RB.

 NOTE -  6   01/14/05    Notation (re: Appeal): received notice from 9CCA that they received  4
                         vol. 1 expando and 1 sealed vol.

   84 -  1   07/06/05    [Re: DEF 1] RRB Order upon remand & req for brfing; parties to submit
                         brfing on iss of re-sentencing due 7/29/05; def's notice of no
                         re-sentencing due 7/15/05. cc: USA, FPD

   85 -  1   07/15/05    DEF 1 motion for stay of District Court Proceedings.

   86 -  1   07/27/05    [Re: DEF 1] RRB Order granting motion for stay of District Court
                         Proceedings (85-1).  Def cnsl shall file a status report by 9/9/05 re:
                         status of the appellate court proceedings. cc: AUSA, FPD

 NOTE -  7   07/28/05    Notation (re: Appeal): forwarded to 9CCA copy of USDC Order dkt # 86.

   87 -  1   08/15/05    [Re: DEF 1] Copy of Order from 9CCA that petition for rehearing is
                         denied and petition for rehearing en banc is also denied. cc: USA, FPD.
                         Judge Beistline

   88 -  1   08/18/05    DEF 1 Status Report & Notice of unavailability of counsel.

   89 -  1   10/25/05    [Re: DEF 1] RRB Minute Order this court was directed by the 9CCA to
                         review the 41 month sentence imposed.  The parties shall submit their
                         brfs  by 11/18/05.  cc:  AUSA, FPD, 9CCA, APPEALS CLERK

   90 -  1   10/28/05    DEF 1 Stipulation to resentencing under Ameline.

   91 -  1   10/31/05    DEF 1 Stipulation to resentencing under AMELINE.

   92 -  1   11/02/05    [Re: DEF 1] RRB Order re resentencing. The court will proceed with the
                         analysis required by Ameline and enter an order as soon as possible.
                         cc: AUSA, FPD

 NOTE -  8   11/03/05    Notation (re:Appeal)D.C. record from 9CCA consisting of 4 vols, 1
                         expando dkt's 71 - 73, 1 sealed vol. dkt's 53, 53RB.
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A03-0086--CR (JWS)
                              "USA V SHANE A. MASSEY"

                                   For all filing dates


Document #      Filed      Docket text

   93 -   1    11/07/05    [Re: DEF 1] 9CCA Judgment re: notice of appeal (62-1) that the district
                           court's decision is AFFIRMED IN PART AND REMANDED IN PART. cc:  USA,
                           FPD, Judge Beistline

   94 -   1    11/14/05    [Re: DEF 1] RRB Order reaffirming sentence imposed; the court finds no
                           justification for reducing def's sentence; terminating in light of this
                           order: stipulation to resentencing under Ameline (90-1), stipulation to
                           resentencing under AMELINE (91-1).  cc: AUSA, FPD, USM, UPSO, 9CCA,
                           Appeals Clerk

   95 -   1    11/21/05    DEF 1 motion on shortened time for judicial reassignment of case w/att
                           aff.

   96 -   1    11/22/05    [Re: DEF 1] RRB Order granting mot on shortened time for judicial
                           reassignment of case (95-1); matter will be reassigned; parties may file
                           for reconsideration of crt's prior ord. cc: cnsl

   97 -   1    11/22/05    [Re: DEF 1] RRB Minute Order that case is reassigned to Judge Sedwick
                           for all further proceedings; use case number A03-086 CR (JWS) on future
                           filings. cc: USA, FPD, Judge Sedwick

   98 -   1    11/23/05    DEF 1 motion on shortened time for stay of appellate deadline.

   98 -   2    11/23/05    DEF 1 motion on shortened time for recalendaring of a motion for
                           reconsideration.

   99 -   1    11/28/05    [Re: DEF 1] JKS Order granting mot on shortened time for stay of
                           appellate ddln (98-1), mot on shortened time for recalendaring of a mot
                           for reconsideration (98-2); def has until 12/23/05 to file appeal of ord
                           @ dkt 94; def mot for reconsideration due 12/1/05. cc: USA, FPD, Appeals
                           Clk
```