MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

*FILED DEC 0 2 2005 UNITED STATES DISTRICT COURT DISTRICT OF ALASKA By ___ Deputy*

UNITED STATES OF AMERICA   v.   SHANE A. MASSEY

THE HONORABLE JOHN W. SEDWICK   CASE NO.   A03-0086 CR (JWS)

Deputy Clerk                    Official Recorder

Pam Richter

PROCEEDINGS:   **ORDER FROM CHAMBERS**

---

The court has considered the joint motion at docket 100 and it is **GRANTED** as follows:

1. The court will conduct a re-sentencing hearing on Tuesday, January 3, 2006, at 10:00 AM. This decision is reached, not because the newly assigned judge has determined that a materially different sentence would be imposed, but because not having imposed the original sentence, the newly assigned judge cannot say one way or the other.

2. The United States Probation Office shall make appropriate inquiries of the Bureau of Prisons and on or before December 21, 2005, circulate a brief report to the parties and the court advising of defendant's performance while incarcerated. The court may, or may not make use of this information at the re-sentencing. (See below.)

3. Each party shall file a sentencing memorandum on or before December 28, 2005. Among other things, the memoranda should address whether or not it is lawful for the court to consider events which happened after the original sentencing in connection with the re-sentencing. As the court understands it, an *Ameline* remand is intended to result in imposition of that sentence which would have been imposed had the court known the Guidelines were advisory at the time sentence was originally imposed. If that is correct, it is difficult to see upon what basis the court could alter the sentence based on subsequent events. Cf. Fed. R. Cr. P. 35(b).

ENTERED AT JUDGE'S DIRECTION

DATE: December 2, 2005                          INITIALS: prr
                                                Deputy Clerk

A03-0086--CR (JWS)   12-2-05
-------------------------------
M. GEDDES (FPD)              US PROBATION
T. BRADLEY (USA)
US MARSHAL

101