UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

SHANE A. MASSEY,

Defendant.

Case No. A03-0086 CR (~~RRB~~ JWS)

ORDER

After due consideration of the Parties' Motion for Reconsideration of the parties' stipulation to resentencing, the request for resentencing is GRANTED (1). The United States Marshals is directed to transport Mr. Massey ~~on an expedited basis~~ in time for the resentencing from USP Atwater to the District of Alaska, ~~and to inform the court upon Mr. Massey's arrival.~~ which has been scheduled for January 3, 2006

DATED at Anchorage, Alaska, this 2nd day of December, 2005.

U.S. ~~DISTRICT JUDGE~~/MAGISTRATE JUDGE

(1) as set forth in the minute order at docket 101.

A03-0086--CR (JWS)  12/5/05    US PROBATION

M. GEDDES (FPD)
T. BRADLEY (USA)
US MARSHAL