MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

**FILED DEC 1 2 2005 UNITED STATES DISTRICT COURT DISTRICT OF ALASKA By ___ Deputy**

UNITED STATES OF AMERICA  v.  SHANE A. MASSEY

THE HONORABLE JOHN W. SEDWICK   CASE NO. A03-0086 CR (JWS)

Deputy Clerk                    Official Recorder

Pam Richter

APPEARANCES:   for PLAINTIFF:  ----

               for DEFENDANT:  ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

---

The re-sentencing hearing previously set for January 3, 2006, is hereby **re-scheduled** to commence **Friday, January 13, 2006,** at **10:00 a.m.**.

DATE: December 12, 2005

ENTERED AT JUDGE'S DIRECTION
INITIALS: prr
Deputy Clerk

A03-0086--CR (JWS)   12-12-05
✓ M. GEDDES (FPD)
✓ T. BRADLEY (USA)   prr   US PROBATION
✓ US MARSHAL

104