FILED

DEC 1 9 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

By _____ Deputy

**MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

UNITED STATES OF AMERICA      v.      SHANE A. MASSEY

THE HONORABLE JOHN W. SEDWICK      CASE NO.    A03-0086 CR (JWS)

Deputy Clerk      Official Recorder

Pam Richter

APPEARANCES:    for PLAINTIFF:    ----

for DEFENDANT:    ----

PROCEEDINGS:    **ORDER FROM CHAMBERS**

The request for an evidentiary hearing regarding defendant's ability to pay a fine at docket 105 is **GRANTED**. If defendant testifies at the hearing, he should include an explanation of why he refused to divulge financial information to the United State Probation Service prior to his original sentencing.

ENTERED AT JUDGE'S DIRECTION
INITIALS:  prr
Deputy Clerk

DATE:  December 19, 2005

A03-0086--CR (JWS)    12-19-05
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
✓ M. GEDDES (FPD)
✓ T. BRADLEY (USA)
✓ US PROBATION

106