Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>SHANE A. MASSEY,<br><br>    Defendant. | Case No. A03-0086 CR (JWS)<br><br>**NOTICE OF FILING LETTERS** |

    Defendant, Shane A. Massey, by and through counsel Mary C. Geddes, Assistant Federal Defender, hereby files for the court's consideration letters to the court from William O. West, D.C., Mistee S. Adair, Bobby A. Lucas, D.C., Cathlene Marshall, Ronald May, and Darla R. Springer and Robert C. Springer on behalf of Mr. Massey.

///

///

///

///

DATED this 5th day of January, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on January 5, 2006, a copy of the foregoing Notice of Filing Letters, with attachments, was served by hand delivery on:

Thomas C. Bradley, Esq.

U.S. Probation/Pretrial Services

/s/ Mary C. Geddes