

**West Chiropractic Clinic**
138 West Marydale
Soldotna, Alaska 99669

Dr. William O. West

Phone (907) 262-9171
262-9172

Dec. 19, 05

Dear Judge John Sedwick;

I have known Dr. Shane Massey for perhaps twenty-some years; primarily through our professional association with each other.

I have noticed that Dr. Massey always puts the welfare of his patients as a high priority. I've also noticed his attendance at many post-graduate seminars, constantly working to improve the care of those patients. He has also referred many of his patients to our clinic for x-rays, thereby saving them from having to ob- tain much more expensive hospital studies.

Dr. Massey's former patients invariably speak well of him. He has obviously been a dedicated Doctor of Chiropractic. I am sure he will continue that dedication when he returns to practice.

If there are any specific questions, I will gladly address them.

Sincerely,

Wm. O. West D.c.