Mistee S. Adair<br>
P.O. Box 872596<br>
Wasilla, Alaska 99687<br>
907/775-4945

United States Federal District Court Judge
District Of Alaska
Anchorage, Alaska 99501
Attn: Judge John Sedwick

December 15, 2005

Your Honor Judge Sedwick;

I am writing this letter on behalf of my step-dad Shane A. Massey. My name is Mistee S. Adair and I am 27 years old. I have lived in Alaska roughly twenty-one years. I am currently working as an accounts receivable technician for a native corporation, and am enrolled at UAA for the spring semester. In 2004 I married Nicholas E. Adair, and became a step-mom to Joseph and Megan Adair. We currently reside in a duplex in Wasilla, Alaska and hope to purchase a house fall of 2006.

My parents divorced when I was 7, and I went to live with my mom. Shane Massey came into my life when I was eight, and has been there ever since. I never had a great bonding relationship with my father, so Shane was there and filled the spot as my poppa. Shane was there when I needed him, and there when I didn't think I did. He helped mold me into the woman I am today. I owe him more then can ever be repaid in this life or the next.

Shane came into my life at the right time, and we had an instant bond. I became his little girl, and had him wrapped around my little finger it seemed. Having Shane in my life opened my eyes to the world, and yet still being protected under his watchful eyes. If it wasn't for him, I am sure I wouldn't be where I am today. I would have been a high school dropout perhaps, and I could have been a teenage mother or on other destructive paths. He kept me on track, and going forward no matter what stepped in the way.

Shane has always been the one man in my life that believed in me no matter what. That stood beside me at me best or worse time. Stood up for me at all cost, and believed me when no one else would. He helped me morally, supportively, financially, and gave me what I needed most – a daddy's love. He was and will be there for me, when my real dad isn't.

What makes him even better is the fact that he has done everything for me, and really didn't half too. It is not written anywhere that a step-dad has to do what he has. He could have done nothing, and not had a daddy/daughter bond with me. I am one of the lucky step-kids in the world though; I had a step-dad who was a daddy as a child and a poppa now as an adult.

Mistee S. Adair<br>
P.O. Box 872596<br>
Wasilla, Alaska 99687<br>
907/775-4945

I only hope I can be as great a stepparent to my kids, as he was to me. I want to make an impact on them, and help mold them into adults. Much I learned from him, and hope to pass on. I wish as well, that my step-kids could enjoy spending time with their Poppa Shane. So, that they may see why I love him so much. And, so he could watch them grow like he watched me grow.

I would not change anything to not have Shane in my life. He is a major part of my past and my future. What he has taught and shown me will be passed through to my step-kids. I hope for him to see me grow more into the woman he help mold. To watch me in my roll as the stepparent and to help me when I need it the most.

Shane Massey, given the chance can be a great asset to the community. He is a wonderful person, and friendly to all who knows him or does not know him. Shane has always been there to help when people needed him.

Sincerely,

*[signature]*

Mistee S. Adair