*Lucas Chiropractic Clinic*

1261 SEWARD MERIDIAN PKWY., #F
WASILLA, AK 99654
TELEPHONE (907) 357-6100
FAX (907) 357-6102

BOBBY A. LUCAS, D.C.

December 14, 2005

Judge John Sedwick
US District Court Judicial District of Alaska
Anchorage, Alaska 99501

    This letter is in regards to Shane Massey who was an employee in my office for a period of 1 ½ years, until he was incarcerated over two years ago. He was very dependable and very competent in his work ethics. He treated my patients with much respect & concern for their health needs. He was always kind and considerate of the patient's needs. He was left in charge as the treating doctor when I was left town for post education classes.

    I have known of Dr. Massey for 12-15 years from his practice in Kenai Alaska. Your consideration of an early release would allow him to rejoin society as a law abiding citizen that will be productive.

Sincerely,

Bobby A. Lucas, D.C.