December 13, 2005

From: Cathlene Marshall
PO Box 363
Kenai, AK 99611

In regards to: Shane Massey

Judge Sedwick
US District Court Judge
District of Alaska

Dear Judge Sedwick,

I am writing to you regarding my step-father, Shane Massey. I met Shane Massey in Sedona, Arizona, when I was thirteen years old, in 1981. Shane, my mother and I then moved to the Kenai Peninsula, where they got married and started a chiropractic business together.

I was very happy that Shane married my mother. He raised me through my teenage years. Shane was, and still is, a good and loving father to me. I used his last name while I was in high school. Shane would drive me to work when I was 15, even though we lived almost 30 miles out of town and I didn't get off work til about midnight. He taught me to drive. He helped me through a lot of my teenage issues.

Shane and my mother divorced when I was an adult in 1988. They remained friends after their divorce and Shane stayed in my life as a father figure. Shane is known to my children as "Grandpa Shane". Even after Shane remarried (to Diane) he has been a part of my family. My oldest daughter went on camping trips and picnics with Shane & Diane and we (my daughter and I) attended Diane's children's birthday parties.

Since Shane has been part of life, he has always been there for me, emotionally and financially. My mother passed away in 1997, and that night Shane came to my home to support and comfort me.

Shane has many friends on the Kenai Peninsula and is a respected chiropractor. I still have former patients of his ask me how he is doing and to wish him well. I have been told by several of his patients that they miss having him as their doctor and wish he would open a practice in the Kenai area again.

I have stayed in communication with Shane while he has been in prison. He has tried to look at his experience in prison in a positive way. He has changed outlook on what happen that put him in prison and knows he made a mistake.

I would love to come stay in my home with my family (my husband Ed, daughter, Caylene (16), son Steven (12), and daughter Carlene (6)) and get to know his grandchildren again. I know he would have a positive influence on them. We have an extra bedroom in which he could stay while he started a practice. I know he would be a working and contributing member of the community.


Respectfully yours,
Cathlene Marshall
*(signature)*