December 13, 2005

To: Judge Sedwik
U.S. Federal Judge
District of Alaska

From: Ronald May
13635 Van Horn Circle E.
Chino, California 91710

Re: Shane Massey

Your honor, I, Ronald May, am writing you this letter in behalf of Mr. Shane Massey. I have known Mr. Massey for more than twenty five years. After my divorce in 1971, Mr. Massey married my ex-wife in 1981. When ever, I went to Alaska to visit my daughter, Cathlene, I had the opportunity to meet and know the type of person Mr. Massey can be. He was a good step-father to my daughter.

It is my belief that, Mr. Massey has changed, personally, a great deal. I believe what Mr. Massey has said to me about how much prison has changed him for the good side of life. What are important for Mr. Massey, right now, are the friendship and the relationship he would have with people he has known for many years.

Mr. Massey is a very capable and skillful person and I am sure he would put those skills to a great use, if he is given the opportunity to do so.


Respectfully,

Ronald May

*Ronald J. May*