FROM : RS INSPECTION/WHITE DOVE        FAX NO. : 907 283 3622        Jan. 05 2006 10:34AM P2

January 5, 2006

US Federal District Court Judge
Attn: Judge John Sedwick
District of Alaska
Anchorage, AK 99501

Re: Shane Massey case

Dear Judge Sedwick,

My name is Darla Springer and my husband is Robert Springer. We live in Kenai and have resided in Alaska on the Kenai Peninsula for twenty plus years. My husband is employed by the City of Kenai as their Building Official, and he and I also own and operate two businesses in Kenai.

We have known Shane Massey for twenty years. He was one of the first chiropractors that I was treated by after moving to this area. He was always caring and gentle, a trait that is always appreciated by a patient. There came a time when I worked with Dr. Massey when he practiced in the same office where I was employed. He was a pleasure to work with, and again demonstrated great care for his patients. In the mid nineties, I had the opportunity to once again work with Dr. Massey, but this time in his own office. I worked independently, but at his request, to help with collections. Collections were difficult for Dr. Massey as he always put his patients first and often felt that they could not pay, consequently there were many cases that we ended up writing off the balance owed. This also made my job harder but I admired him for the compassion that he showed. Through these many years of acquaintance we grew to be friends. My husband and I have shared many enjoyable experiences with Dr. Massey and his ex-wife, Diane. Diane and I are still very close, as I'm sure that Dr. Massey and we will be after his release.

I have only corresponded with Dr. Massey a few times since he was incarcerated, but the replies that I received indicate to me that he has realized that what he has done has hurt many family members and friends, and he only hopes to renew those relationships and cherish them. He has also stated the need to work hard to make amends. In my opinion, if released, I believe Dr. Massey will do everything that he can to attain employment and start addressing these past mistakes. As one of many patients that has missed his excellent care, I hope that you will release him as soon as possible so that he may again help those of us in need.

Thank you for your consideration on this case.

Respectfully submitted,

Darla R. Springer, Robert C. Springer by DRS
Darla R. Springer
Robert C. Springer