IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

### RELEASE ORDER

TO:   UNITED STATES MARSHAL

RE:   UNITED STATES OF AMERICA VS.   Shane A. Massey

CASE NO:   A 03-086 CR

---

Defendant   Shane A. Massey   ,

has this date ~~met the bail conditions indicated below and is ordered discharged from custody.~~

____ Released to _____, the third party custodian(s).

____ Paid cash bail in the amount of _____ to the Clerk of Court.

____ Posted unsecured bond in the amount of _____

____ Posted bond secured by ____ property or ____ surety in the amount of ____ with the Clerk of Court.

____ Surrendered passport to the Clerk of Court.

✓ ~~Other:~~ Has completed serving the sentence of incarceration imposed. He is hereby released from the custody of the Bureau of Prisons.

Dated at   Anchorage  , Alaska this  13th  day of  January , 20 06

_____
U.S. DISTRICT JUDGE

Original & 1 cy to U.S. Marshal