PROB 34
1/92

Report and Order Terminating
Supervised Release

# United States District Court
## for the
## District of Alaska

**RECEIVED**
JAN 2 2 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

UNITED STATES OF AMERICA

v.                                   Case No.   3:03-CR- 86 (JWS)

Shane A. Massey

It appearing that the above-named has complied with the conditions of supervised release imposed by the Order of the Court heretofore made and entered in this case and that the period of supervised release expired on January 12, 2007. It is therefore recommended that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

**REDACTED SIGNATURE**

Charlene Wortman                                   Date
U.S. Probation Officer

**REDACTED SIGNATURE**

Eric D. Odegard
Supervising U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this ____19th____ day of __January__, 20 _07_.

**REDACTED SIGNATURE**

John W. Sedwick
Chief U.S. District Court Judge